**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| ELIZABETH (LIZ) MATHEWS, individually and on behalf of all persons similarly situated, | |
| Plaintiff, | Civil Action No. 1:22-cv-01407-TSE-JFA |
| v. | |
| USA TODAY SPORTS MEDIA GROUP, LLC and GANNETT CO., INC., | |
| Defendants. | |

**JOINT MOTION FOR**
**APPROVAL OF FLSA SETTLEMENT**

Plaintiff Elizabeth (Liz) Mathews ("Mathews" or "Plaintiff") and Defendants, USA Today Sports Media Group, LLC and Gannett Co., Inc., ("Defendants") (collectively the "Parties") hereby move pursuant to 29 U.S.C. § 216(b) for approval of the Settlement Agreement reached between Plaintiff and Defendants. The Parties respectfully move the Court to grant the following relief:

1. Finally approve as fair, adequate and reasonable, the Settlement Agreement, a true and correct copy of which attached hereto as Exhibit A;

2. Approve Plaintiff's Counsel's attorney fees and costs in the amount of Thirty Thousand Dollars ($30,000.00);

3. Dismiss with prejudice the claims of Plaintiff, subject to the Court retaining jurisdiction to enforce the terms of the Settlement Agreement.

1

Dated: June 14, 2023

ELIZABETH MATHEWS

By: */s/ James E. Goodley (w/permission)*
James E. Goodley, Esq. (VA 87573)
Goodley McCarthy LLC
1650 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone:     (215) 394-0541
james@gmlaborlaw.com

*Counsel for Plaintiff*

USA TODAY SPORTS MEDIA GROUP, LLC
and GANNETT CO., INC.,

By: */s/ Christine M. Costantino*
Christine M. Costantino (VSB #86986)
Camille Olson, admitted *pro hac vice*
Richard Lapp, admitted *pro hac vice*
Seyfarth Shaw LLP
975 F Street, N.W.
Washington, DC 20004
Telephone: (202) 463-2400
ccostantino@seyfarth.com
colson@seyfarth.com
rlapp@seyfarth.com

*Counsel for Defendants*

2

95783862v.2

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

|  |  |
|---|---|
| ELIZABETH (LIZ) MATHEWS, individually and on behalf of all persons similarly situated, | |
| Plaintiff, | Civil Action No. 1:22-cv-01407 |
| v. | |
| USA TODAY SPORTS MEDIA GROUP, LLC and GANNETT CO., INC., | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 14, 2023, a true and correct copy of the **JOINT MOTION FOR APPROVAL OF FLSA SETTLEMENT** was filed with the Clerk of the Court using the CM/ECF system, which will automatically send electronic notification of such filing to the following attorneys of record:

> James E. Goodley (VA 87573)
> Goodley McCarthy LLC
> 1650 Market Street, Suite 3600
> Philadelphia, PA 19103
> Telephone: (215) 394-0541
> james@gmlaborlaw.com
> *Attorneys for Plaintiff and FLSA Class*

> */s/ Christine Costantino*
> Christine Costantino (VA 86986)
> ccostantino@seyfarth.com
> Seyfarth Shaw LLP
> 975 F Street, NW, Washington, DC 20004
> Phone (202) 463-2400 / Fax (202) 828-5393

95783862v.2

1